838 A.2d 565

COMMITTEE TO KEEP OUR PUBLIC SCHOOLS PUBLIC; Philadelphia Federation of Teachers, AFT, Local 3, AFL–CIO; National Conference of Firemen and Oilers School Employees Union, Local 1201, SEIU, AFL–CIO; School Police Association of Philadelphia; School Cafeteria Employees, Local No. 634, Here, AFL–CIO; Barbara Rugletic; Rochelle McQueen; Sara Ortiz; and Barbara Shankin, Appellants

v.

The Honorable Mark SCHWEIKER, Governor of Pennsylvania; Charles B. Zogby, Secretary of Education; School District of Philadelphia; Edison Schools, Inc.; and H. Christopher Whittle, Appellees.

Committee to Keep Our Public Schools Public and Roz Spiegel as its Coordinator; Philadelphia Federation of Teachers, AFT, Local 3, AFL–CIO and Ted Kirsch as its Trustee Ad Litem; National Conference of Firemen and Oilers School Employees Union, Local 1201, SEIU, AFL–CIO and Thomas Doyle as its Trustee Ad Litem; School Police Association of Philadelphia and Michael Lodise as its Trustee Ad Litem; School Cafeteria Employees, Local No. 634, Here, AFL–CIO and Sam Cook as its Trustee Ad Litem; Barbara Rugletic; Rochelle McQueen; Sara Ortiz; and Barbara Shankin, Appellants,

v.

The Honorable Mark Schweiker, Governor of Pennsylvania and his Appointees, Agents, Representatives and/or Designees; Charles B. Zogby, Secretary of Education, Pennsylvania Department of Education; School District of Philadelphia; Edison Schools, Inc. and its Appointees, Agents, Representatives and/or Designees; and H. Christopher Whittle, as President and Chief Executive Officer, and his Appointees, Agents, Representatives and/or Designees, Appellees.

Supreme Court of Pennsylvania.

Oct. 28, 2003.

## *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of October, 2003, the Orders of the Commonwealth Court are hereby affirmed.

838 A.2d 566

**Ronald W. BENDER, Appellee,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Appellant.**

**No. 91 MAP 2003.**

Supreme Court of Pennsylvania.

Oct. 31, 2003.

## *ORDER*

PER CURIAM.

**AND NOW,** this 31st day of October, 2003, the above captioned appeal is quashed for failure to file a brief.